The answer denies that the defendant left, or has separated from his wife willingly; but avers that he ever has wished, and still wishes to live with her. He insists that he shall not be compelled, in his old age, to seek a new wife, as he is satisfied with the one he has, provided she will give him a little more of her society. He admits that he occasionally uses stimulants to *sweeten life.*

It was in proof, that the parties were married in Kentucky. Eight years ago, all her property was taken in execution, and sold to pay his whisky debts, and he left her. She removed to Cincinnati, and he lived with her, most of the time drunk, for several years, and doing no good, when she refused to support him any longer, and he left her house about five years ago. Her character is, in general, good; but she has expressed a desire to be rid of her husband, in order that she may marry some one else.

By THE COURT. This might possibly be a case for a divorce from bed and board; but the legislature, for reasons unknown to us, have taken from the court the power of granting such divorce. The wife has driven off her husband, and now seeks a divorce, because of his *wilful* absence. She was doubtless right in refusing to live with, or support a husband always drunk, but that does not make a case of wilful absence on his part.

Bill dismissed.

---

## MARGARET St. JOHN v. JOSIAH St. JOHN.

Divorce—wilful absence—sending wife home.

Where a man sends his wife to her friends, and leaves the country without any known cause, more than three years, he will be presumed wilfully absent.

DIVORCE. Cause wilful absence more than three years. It was proven that the parties were married in Warren county in 1827, and removed to Cincinnati, and lived there about a year together. He then sent her to her friends, and left the country for South America, without her knowledge, or any known cause, and has been absent since 1828. No difficulty was known to exist between them. It was supposed by his friends, that he thought her *too old for him.* Her character is good.

Divorce decreed.